No. 834, Misc. HAYES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Stanley M. Rosenblum* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 889, Misc. ROBERTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 902, Misc. CAMPBELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1050, Misc. WOYKOVSKY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1054, Misc. KARP *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1062, Misc. FILOCOMO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1063, Misc. MARQUEZ *v.* DISTRICT COURT OF APPEAL, THIRD APPELLATE DISTRICT. Supreme Court of California. Certiorari denied.